50

Stein *v.* Arjay Machine Company, Appellant.

Argued November 12, 1957.   Before JONES C. J.,
BELL, CHIDSEY, MUSMANNO, ARNOLD, JONES and COHEN,
JJ.

*Samuel R. Wurtman,* with him *Robert J. Bond, Jr.,*
for appellant.

*Lenard L. Wolffe,* for appellee.

Opinion per Curiam, January 6, 1958:

The decree of the Court below is affirmed on the opinion by Judge Reimel of the Court of Common Pleas No. 5 of Philadelphia County. Costs to be divided between appellant and appellee.